IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MELVIN BERNARD THOMPSON,

    Plaintiff,

vs.        CASE NO. 5:09cv73/RS-EMT

M. WINDSOR, et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 48) and Plaintiff's Objections (Doc. 55). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion for Injunctive Relief (Doc. 42) is **denied**.

**ORDERED** on September 17, 2009.

      /S/ Richard Smoak
      **RICHARD SMOAK**
      **UNITED STATES DISTRICT JUDGE**