**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

MELVIN BERNARD THOMPSON,

        Plaintiff,

vs.                                      CASE NO. 5:09cv73/RS-EMT

MONICA McCALL WINDSOR,

        Defendant.

_____/

## ORDER

Before me is Plaintiff's Objections To Magistrate's Orders (Doc. 166), which is directed to two Orders of the Magistrate Judge (Docs. 150 and 156). Plaintiff's objections are construed as a motion for reconsideration pursuant to 28 U.S.C. §636(b)(1)(A). Plaintiff's motion for reconsideration is denied because it has not been shown that the Magistrate Judge's Orders are clearly erroneous or contrary to law.

**ORDERED** on June 28, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**