**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

MELVIN BERNARD THOMPSON,

        Plaintiff,

vs.                            CASE NO: 5:09cv73/RS-EMT

MONICA McCALL WINDSOR,

        Defendant.

_____/

## ORDER

Before me is "Plaintiff's Emergency Motion: To Accept Unserved; Plaintiff's Objections To Defendant's Objections to The Report And Recommendation (Doc. 178) Regarding Defendant's Motion For Summary Judgment (Doc. 101) (Doc. 182)." (Doc. 188).

Plaintiff asks that I consider objections (Docs. 182 and 183) to the Magistrate Judge's Report and Recommendation (Doc. 178). The Order dated August 5, 2010 (Doc. 192) clearly states, "I have considered all objections (Docs. 182 and 183) *de novo*." Plaintiff's objections (Docs. 182 and 183) in fact received the *de novo* review requested by Plaintiff by his "Emergency Motion To Accept Unserved" (Doc. 188). Therefore, Plaintiff's "Emergency Motion To Accept Unserved" (Doc. 188) is **denied**.

**ORDERED** on August 10, 2010.


/S/ Richard Smoak_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**