IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MELVIN BERNARD THOMPSON,

    Plaintiff,

vs.                                         CASE NO: 5:09cv73/RS-EMT

MONICA McCALL WINDSOR,

    Defendant.
_____/

## ORDER

Plaintiff's Motion For Clarification Of Order (Doc. 204) is **denied**.

**ORDERED** on September 3, 2010.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**