IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MELVIN BERNARD THOMPSON,

    Plaintiff,

vs.                        CASE NO: 5:09cv73/RS-EMT

MONICA McCALL WINDSOR,

    Defendant.

_____/

## ORDER

Plaintiff's Motion To Stay Filing Of Second Summary Judgment (Doc. 208) is **denied**.

**ORDERED** on September 21, 2010.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**