# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION


MELVIN BERNARD THOMPSON,

       Plaintiff,

vs.                               CASE NO: 5:09cv73/RS-EMT

MONICA McCALL WINDSOR,

       Defendant.

_____/

## ORDER

      Before me is Plaintiff's Notice To Clerk (Doc. 211).  The clerk is directed to provide

Plaintiff further copies of Docs. 178 and 188, including exhibits.


      **ORDERED** on September 21, 2010.


                            /S/ Richard Smoak
                            **RICHARD SMOAK**
                            **UNITED STATES DISTRICT JUDGE**