**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

MELVIN BERNARD THOMPSON,

    Plaintiff,

vs.                             CASE NO: 5:09cv73/RS-EMT

MONICA McCALL WINDSOR,

    Defendant.
_____/

## ORDER

The relief requested by Plaintiff's Motion To Court For Permission To Refer To Exhibits On Record In Support Of Opposition To Defendant's Second Summary Judgment Motion (Doc. 212) is **granted**.

**ORDERED** on September 21, 2010.

                          /S/ Richard Smoak
                          **RICHARD SMOAK
                          UNITED STATES DISTRICT JUDGE**