IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MELVIN BERNARD THOMPSON,

    Plaintiff,

vs.                              CASE NO. 5:09cv73/RS-EMT

MONICA McCALL WINDSOR,

    Defendant.
_____/

## ORDER

Before me is Plaintiff's motion (Doc. 221). The clerk is directed to provide Plaintiff with copies of Doc. 189 and Doc. 190 in their entirety.

**ORDERED** on October 5, 2010.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**