IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MELVIN BERNARD THOMPSON,

    Plaintiff,

vs.          CASE NO. 5:09cv73/RS-EMT

MONICA McCALL WINDSOR,

    Defendant.
_____/

## ORDER

The relief requested by Plaintiff's motion for extension of time (Doc. 217) is **granted**. Plaintiff shall file his response to Defendant's Second Motion for Summary Judgment not later than November 3, 2010.

**ORDERED** on October 13, 2010.

          /S/ Richard Smoak
          **RICHARD SMOAK**
          **UNITED STATES DISTRICT JUDGE**