IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MELVIN BERNARD THOMPSON,

    Plaintiff,

vs.                              CASE NO: 5:09cv73/RS-EMT

MONICA McCALL WINDSOR,

    Defendant.
_____/

## ORDER

Plaintiff's Motion For Clarification (Doc. 225) is **denied**.

**ORDERED** on October 28, 2010.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**