IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RECEPTION MEDICAL CENTER
DATE: 11-1-10
INMATE INITIALS: [signature]

Melvin Bernard Thompson
Plaintiff - Pro Se

Case No. 5:09 cv73 RS/EMT

v

Monica McCall Windsor

## NOTICE TO COURT

Comes now plaintiff, and advises this Court that on 10-28-10 I went to make copies of the following Document: Motion in Opposition To 2nd Summ. Judg; Memorandum of Law in Support of Op. Motion; Motion To Strike 2nd Summ. Judge; Affidavit of Plaintiff in Support of Op. Motion; Declaration of Inmate Richard Wright; Supplemental Exhibits. But was effectively denied, via, discriminatory and retalitory practice of RMC Law librarian Ms Kirkland. She inter alia told me, in the presence of security, that I will not recieve copies Now or in the future, unless I leave these responsive pleadings and evidence with her. She refuses to give me any documentation that I left them with her. She tried to (after I watched her read my documents supra.) seritisiously take them from me, after I signed copy slip, and gave them to inmate to copy @ 9:25 AM 10/28/10, She held them uncopied until 11:00 AM and had security kick me and other inmates out the library, without copying my documents, but a law clerk gave them back to me on my way out.

Ms. Kirkland, then came and tried to force me to give them to her, with security domineering over me in my wheel chair, but I did not relent them - she vigourously wannts these documents. I'm helpless here your Honor.

I cannot write out copies see Supp. Ex A-30/A-29. I have severe carpul tunnel. My Right hand is so... damaged, until I wake up w/ it being swollen, due to trying to prepare this 2nd Oppossition. Documentation, and not recieving Prior Approved surgery on Wrist.

I trust this makes it to this Court. I have done all I can do - I have told the truth.* I have been literally phsycologically tortured, and physically allowed to endure such ungodly, immoral, unethical, acts of retaliation and hinderance, at the hands of F.D.O.C. officials for litigating this case, and, the officer of the Courts are just letting FDOC have its way with me.** I'm only trying to tell the truth.

I cannot serve Counsel due to unavailability of Copy Machine but I'm more than positive Counsel will probably dispute this fact with... untrue statments from F.D.O.C library security officials.

I ask this Court to accept these documents, and to please direct the Clerk to Please forward me an entire copy of all motions, Affidavits, and Supp. Exibits, for my record and Appellate purposes. I am sending my only copies of everything compare (Doc. 188, 224) (Doc. 223)

I declare under the penalties of Perjury that the foregoing is true and correct on this 28th day of October 2010 /s/ ~~tty ty~~
on this 1 day of November 2010   959252
*(Ephesians: 6:10-18)  **: Attorney General's                           RMC-PCB2
                                                                        625
NON CERTIFICATE OF SERVICE                                              Lake Butler
                                                                        Fla
I hereby Certify that I am physically unable to serve Mr. Marcus O. Graper. The Capitol PL-01, Talla, Fla. 32399-1050 with a copy of this Document. Due to Retalitory Acts of FDOC. Law Libnarian Ms Kirkland. Supported by Counsel, and F.D.O.C.

2