IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

Melvin Bernard Thompson
   Plaintiff-Pro Se

v.                                    Case No. 5:09 cv 73 RS/EMT

Monica McCall Windsor
         Defendant

AUTHENTICATION OF:
PLAINTIFF'S:
VERIFIED/SWORN
INDEX TO: SUPPLEMENTAL EXHIBITS:

| Exhibit | Document |
|---|---|
| A | Second Opposition Affidavit of Melvin Bernard Thompson |
| A1 | Chronological Record of Health Care* 9-15-06 - 9-25-06 |
| A2 | Chrono. Record  3-1-07 - 3-7-07 |
| A3 | Chrono. Record  3-9-07 - 3-10-07 |
| A4 | Orthopedic (L) Wrist Consult  3-9-07 |
| A5 | Chrono. Record  3-10-07 - 3-14-07 |
| A6 | Chrono. Record  3-15-07 |
| A7 | Chrono. Record  3-16-07 |
| A8 | Chrono. Record  3-22-07 - 4-18-07 |
| A9 | Chrono. Record  4-23-07 - 4-24-07 |
| A10 | Chrono. Record  4-23-07 - 4-25-07 |
| A11 | Chrono. Record  12-11-07 |
| A12 | Orthopedic (R) Wrist Consult  12-5-07 |
| A13 | Generic (Sickcall) Nursing Assessment  12-5-07 |
| A14 | Chrono. Record  12-5-07 |

*: here in after: Chron. Record

Filed 1104'10 UsDcFln 3AM 1047            1

| Exhibit | Document |
|---|---|
| A15 | Chrono. Record   12-16-07 - 12-20-07 |
| A16 | Chrono. Record   12-21-07 |
| A17 | Formal Grievance   12-25-07   Log# 0712-110-190 |
| A18 | Formal Grievance Response   1-10-08   Log# 0712-110-190 |
| A19 | Chrono. Record   12-24-07 - 12-27-07 |
| A20 | Grievance Appeal   2-6-2008   Log# 08-6-05105 |
| A21 | Grievance Appeal Response   4-9-08   Log# 08-6-05105 |
| A22 | Orthopedic L-R Wrist Consult Recommendation   2-13-08 |
| A23 | Orthopedic Operative Report L-R Wrist   8-11-08   pg 1 |
| A24 | Orthopedic Operative Report L-R Wrist   8-11-08   pg 2 |
| A25 | Amended (State) Notice of Intent L-Wrist   10-29-08, 13pgs |
| A26 | Present Notice: FDOC Office Health Serv.   12-19-08, 3pgs |
| A27 | Chrono. Record   7-29-09 |
| A28 | Orthopedic L-Wrist Consult   7-29-09 |
| A29 | Neurological Report L-R Wrist (pg#4 only) 1-21-10 Amended** |
| A30 | Neurological L-R Wrist Consultants: Findings: 2-4-10 |
| | |
| B1 | Chrono. Record   2-20-06 |
| B2 | Chrono. Record   9-15-06 |
| B3 | Letter To Leila Thompson, Re. Investigation   1-12-08   10pgs |
| B4 | Formal Grievance   1-15-08 "Appeal" Log# 08-6-03637 |
| B5 | Formal Grievance   3-24-08 Response Log# 08-6-03637 |
| B6 | Chronic Illness Clinic Report   7-2-08 |
| B7 | Chrono. Record   7-22-08 |
| B8 (a)(b)(c) | Formal Grievance 8-30-08, Response 9-15-08; Log# 0809-208-002 |
| B9 (a)(b) | Formal Grievance 10-28-08, Response 11-19-08; Log# 0810-125-032 |

**: at Follow-up Dr. Gama, Amended Impression of Left/Right Wrist Finding, due to clerical error - misprint. I hereby declare under the penalty of perjury this statement is true.
cf. Supp. Ex A-30: (→) Recommendation Imp. 1, 2.

2

| Exhibit | Document |
|---|---|
| B10 : | Chronic Illness Clinic Report 10-28-08 |
| B11 : | Chrono. Record 11-12-08 - 11-17-08 |
| B12 : | Inmate Request 11-19-08 Informal Griev. Log # 08-0834 |
| B13 (a)(b) : | Formal Griev. Appeal 11-20-08, Response 12-4-08, Log # 08-6-34845 |
| B14 (a)(b) ; | Formal Griev. Appeal 11-27-08, Response 1-8-09 Log # 08-6-35109 |
| B15 (a)(b) : | Formal Grievance 12-7-08, Response 12-30-08 Log # 0812-110-039 |
| B16 (a)(b) : | Formal Griev. Appeal - From Leon Co. Jail Response 1-23-09 - 3-2-09 Log # 09-6-02688 |

### "DETRIMENTAL EFFECT : PAIN/INJURY: inter alia"

| Exhibit | Document |
|---|---|
| C1 : | Inmate Request 7-26-09 (NWFRC) |
| C2 : | Chrono. Record 8-14-09 - 8-19-09 (RMC) |
| C3 : | Amended Report L-Knee 9-4-09 (RMC) |
| C4 : | Chronic Illness Clinic Report 10-8-09 (RMC) |
| C5 : | Drug Exception Request (DER) 10-20-09 (RMC) |
| C6 : | Chrono. Record 10-27-09 - 10-28-09 (NWFRC) |
| C7 : | Chrono. Record 11-6-09 - 11-10-09 (NWFRC) |
| C8 : | Chrono. Record 11-10-09 - 11-17-09 (NWFRC) |
| C9 : | Drug Exception Request (DER) 11-10-09 (NWFRC) |
| C10 : | Chronic. Record 11-2-09 - 11-05-09 (NWFRC) |
| C11 : | Formal Grievance 11-27-09 No Response - No Log # (NWFRC) |
| C12 : | Formal Grievance 11-27-09 No Response No Log # (NWFRC) |
| C13 : | Formal Grievance 11-27-09 No Response No Log # (NWFRC) |
| C14 : | Formal Appeal 12-15-09 Log # 09-6-40796 - cf Ex. 11,12,13 (RMC) |
| C15 : | Formal Appeal Response Log # 09-6-40796 12-24-09 (NWFRC-RMC) |
| C16 : | Formal Grievance 1-14-10 Log # 1001-208-016 cf Ex 11-15 supra (RMC) |
| C17 : | Formal Grievance Response 2-10-10 Log # 1001-208-016 cf: 11-15 supra (RMC) |
| C18 : | Inmate Sickcall 1-16-10 (RMC) (West Unit) |
| C-19 : | Chrono. Record 1-26-10 (RMC) |
| C20 : | Physician's Order Sheet 1-26-10 (RMC) |

3

| Exhibit | Documents Detrimental Effect: Pain/Injury interalia cont. |
|---|---|
| C-21 | Chrono. Record 2-4-10 – 2-9-10 (RMC) |
| C-22 | Inmate Sick Call 2-1-10 (RMC) |
| C-23 | Drug Exception Request (DER) ▓▓ 2-11-10 |
| C-24 | Jax. Orthopedic Inst. Report pg.1: 2-15-10; L-Wrist – L-R Knee (RMC) |
| C-25 | Jax. Orthopedic Inst. Report pg.2: 2-15-10; L-Wrist, L-R Knee (RMC) |
| C-26 | X-ray Report L-Hip 3-15-10 (RMC) |
| C-26(a) | X-ray Report L-Knee 3-15-10 (RMC) |
| C-27 | Formal Grievance 3-16-10 Log# 1003-209-082 (RMC) |
| C-27(a) | Formal Grievance 3-29-10 Response Log# 1003-209-082 (RMC) |
| C-28 | Chrono. Record 4-7-10 (NWFRC) |
| C-28(a) | Chrono. Record 4-7-10 (NWFRC) |
| C-29 | Chrono. Record 3-17-10 – 3-18-10 (RMC) |
| C-30 | Chrono. Record 3-19-10 – 3-22-10 (RMC) |
| C-31 | Inmate Sick Call Request 4-7-10 (NWFRC) |
| C-32 | Inmate Request 4-10-10 (NWFRC) |
| C-33 | Physicians Order Sheet 4-13-10 (NWFRC) Discontinued Pain Meds. |
| C-34 | Inmate Sick Call 4-24-10 (NWFRC) |
| C-35 | Chrono. Record 4-27-10 (NWFRC) |
| C-36 | Chrono. Record 4-27-10 – 5-2-10 (NWFRC) |
| C-37 | Inmate Request 6-21-10 (NWFRC) |
| C-38 | Operative Report R-Knee 6-28-10 (RMC) |
| C-39 | Sick Call Request 8-11-10 (RMC) |
| C-40 | Sick Call Request 8-25-10 (RMC) |
| C-41 | Sick Call Request 9-12-10 (RMC) |

DD : Def. 2nd Amendment To Responses To Plaintiffs Request for Admissions, 3-pages, May 5th, 2010.

i : Declaration By Richard Wright 2 pgs

ii : Plaintiffs Statement of Material Facts; per. N.D.L.R 56.1(A)

4

## VERIFIED/SWORN DECLARATION OATH

I Melvin Bernard Thompson, hereby, Verify, Swear, and Declare under the penalties of perjury that the below, Supplemental Exhibits, A-A1-A-30, B1-B16, C1-C41 are true and correct to the best of my Knowledge, and are filed in good faith, and self Authenticate that these documents are both Originals and Copies.

On this 25 day of October 2010          /S/: [signature]

## CERTIFICATE OF SERVICE

I hereby Certify that the forgoing has been furnished to (via, true and correct copy) Marcus O. Graper, The Capitol PL-01, Talla. Fla. 32399-1050[1], via, hand delivered to prison officials on this 25 day of October 2010. On this 1 day of November 2010,          /S/: [signature]

# 959252
[signature]
BMC- P.O. Box 628

Lake Butler, Florida
32054

N1: See footnote 7 in Motion To Strike, p.14 unable to serve A.G.
Also See Notice To Court filed Nov. 1 2010.
Certified Return Receipt # 7000 1670 0011 5106 6517

5