IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MELVIN BERNARD THOMPSON,**

    **Plaintiff,**

**vs.**        **CASE NO. 5:09cv73/RS-EMT**

**MONICA McCALL WINDSOR,**

    **Defendant.**

_____/

## ORDER

    Before me is Plaintiff's motion requesting the clerk to forward him a copy of the entire docket. (Doc. 227). The in forma pauperis statute, 28 U.S.C. § 1915, waives only prepayment of court fees and costs. It does not give the litigant the right to have documents copied and returned to him at government expense. *See In re Richard*, 914 F.2d 1526, 1527 (6th Cir. 1990); *see also* 32 AM. JUR. 2D FEDERAL COURTS § 426. Furthermore, 28 U.S.C. § 1915(c) only provides for government payment of the printing of the entire record when the case is on appeal. This case is not on appeal, and Plaintiff has provided no other authority for receiving copies of the entire docket. Plaintiff's motion is therefore **denied.**

    **ORDERED** on November 9, 2010.

                                  /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**