IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


**MELVIN BERNARD THOMPSON,**

    **Plaintiff,**

**vs.**                                               **CASE NO. 5:09cv73/RS-EMT**

**MONICA McCALL WINDSOR,**

    **Defendant.**
_____/

## **ORDER**

Plaintiff's emergency notice to court (Doc. 245) is denied. Plaintiff may raise any arguments or objections to Defendant's reply in his objections to the Magistrate Judge's Report and Recommendation.

**ORDERED** on December 10, 2010.

                                     <u>/S/ Richard Smoak</u>
                                     **RICHARD SMOAK**
                                     **UNITED STATES DISTRICT JUDGE**