**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


MELVIN BERNARD THOMPSON,

        Plaintiff,

vs.                            CASE NO. 5:09cv73/RS-EMT

MONICA McCALL WINDSOR,

        Defendant.

_____/

## ORDER

Before me are the Magistrate Judge's Order, Report and Recommendation (Doc. 244) and Plaintiff's Objections to Report and Recommendation (Doc. 249). I have considered Plaintiff's objections *de novo.*

**IT IS ORDERED:**

1.      The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.      Defendant's Second Motion for Summary Judgment (Doc. 218) is granted, and the clerk is directed to enter summary final judgment for Defendant.

3.      The clerk is directed to close the file.


**ORDERED** on December 22, 2010.


/S/ Richard Smoak_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**